# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** HSI

**City:** West Bridgewater
**County:** Plymouth

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 23-mj-1537-DLC
- Search Warrant Case Number: 23-mj-1531-DLC & 23-mj-1532-DLC
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

## Defendant Information:

**Defendant Name:** Juan Levano   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____
**Address:** 15 Brooks Place, West Bridgewater, MA
**Birth date (Yr only):** 2000  **SSN (last 4#):** N/A  **Sex:** M  **Race:** UNK  **Nationality:** Peruvian

**Defense Counsel if known:** _____  **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Jessica L. Soto   **Bar Number if applicable:** 683145

**Interpreter:** ☑ Yes  ☐ No   **List language and/or dialect:** Spanish

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** Wyatt

**Arrest Date:** 12/20/23

☑ Already in Federal Custody as of 12/20/23 in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:** ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/11/2024   **Signature of AUSA:** *Jessica L. Soto*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Juan Levano

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2252(a)(2)(A),(b)(1) | Receipt of Child Pornography | 1 |
| Set 2 | 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) | Possession of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**